# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICKI BELGUM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:06CV5018** |
| vs. | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

By agreement of the parties,

**IT IS ORDERED** that this case is no longer stayed and is hereby returned to the active docket.

**DATED June 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**